JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wendy Lopez<br><br>            Plaintiff,<br><br>v.<br><br>Chan Etal, et al<br><br>           Defendants. | Case No. ED CV 20-00098-AB (KKx)<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE FOR LACK OF PROSECUTION<br><br>(PURSUANT TO LOCAL RULE 41) |

      On April 15, 2020, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. A written response to the Order to Show Cause was filed on April 29, 2020. The Court continued the Order to Show Cause Response deadline to May 20, 2020. Another response to the Order to Show Cause was filed on May 20, 2020. The Court again continued the Order to Show Cause Response deadline to June 30, 2020. No response having been filed to the Court's Order to Show Cause,

      IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated: July 13, 2020

                                     ANDRÉ BIROTTE JR.
                                     UNITED STATES DISTRICT COURT JUDGE